UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | SACV 11-1512-JST(MLGx) | Date | June 8, 2012 |
|---|---|---|---|
| Title | MORGAN KEEGAN & CO. INC. v. GOTMORTGAGE.COM INC. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER DISMISSING CASE

       Pursuant to the Stipulation of the parties, on October 20, 2011, the Court issued an Order staying the case pending the outcome of binding arbitration [Doc. 7]. The Order required a status report to be filed within six months, and stated that failure to do so would be deemed consent to the dismissal of the action.  No status report having been filed, the Court orders this case dismissed.

:

Initials of Preparer          enm